```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **JACKIE McLEOD,** | : |
|     **PETITIONER,** | : |
| **vs.** | :   CIVIL ACTION 09-00434-WS-B |
| **GRANTT CULLIVER,** | : |
|     **RESPONDENT.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this petition for habeas corpus relief is hereby **DENIED** and that this action be **DISMISSED**.

DONE this 5th day of November, 2009.

                                                    s/WILLIAM H. STEELE
                                                  **UNITED STATES DISTRICT JUDGE**